**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SHARON ROMONOYSKE,**<br>**ON BEHALF OF HERSELF AND ALL**<br>**OTHERS SIMILARLY SITUATED,**<br><br>            **Plaintiff,**<br><br>    **-against-**<br><br>**MERCHANTS & MEDICAL CREDIT**<br>**CORPORATION,**<br><br>           **Defendant.** | **Civil Action No. 2:19-cv-2451** |

## NOTICE OF REMOVAL

  PLEASE TAKE NOTICE THAT Defendant, Merchants & Medical Credit Corporation ("MMCC" or "Defendant"), hereby gives notice of removal of this civil action styled *Sharon Romonoyske et al. v. Merchants & Medical Credit Corporation*, case number 624012/2018, as filed in the Supreme Court of the State of New York, County of Suffolk (the "Action"), to the United States District Court for the Eastern District of New York. MMCC will promptly file a Notice of this Removal with the Clerk of the Supreme Court and serve the Notice on all parties.

## GROUNDS FOR REMOVAL JURISDICTION

1.      Pursuant to 28 U.S.C. § 1446, MMCC invokes this Court's jurisdiction under 28 U.S.C. § 1441 (providing that defendants may remove any civil action, filed in state court, of which the District Courts of the United States have original jurisdiction) and 28 U.S.C. § 1331 (granting the District Courts original jurisdiction of all civil actions arising under federal law).

2.      On December 6, 2018, Plaintiff Sharon Romonoyske ("Plaintiff") filed the above captioned civil action in the Supreme Court of the State of New York, County of Suffolk by filing a Summons with Notice.

3.      Plaintiff seeks damages for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

4.      Because the cause of action alleged in the Summons with Notice is based upon alleged violations of federal law, specifically 15 U.S.C. § 1692 *et seq.*, this Court has original jurisdiction under 28 U.S.C. § 1331.

5.      Plaintiff served the New York Secretary of State with the Complaint, pursuant to Section 306 of the New York Business Corporation Law, on or about April 3, 2019.

6.      Accordingly, this Notice of Removal has been timely filed pursuant to 28 U.S.C. § 1446(b) because this Notice of Removal is filed within thirty days of the date of the effective service of MMCC.

7.      Defendant removes this action to the United States District Court for the Eastern District of New York because it is the District that encompasses Suffolk County. Defendant removes this action without prejudice to Defendant's right to seek transfer of this action pursuant to 28 U.S.C. § 1404, if and as appropriate.

8.      True and correct copies of the following are attached to this Notice of Removal:

(a) all process, pleadings and orders which have been served upon Defendant in this action are attached hereto as **Exhibit A** accordance with 28 U.S.C. § 1446(a); and

(b) the Notice of Filing of Removal which has been served upon Plaintiff and filed with the Clerk of Court for the Supreme Court of the State of New York, County of Suffolk is attached hereto as **Exhibit B** in accordance with 28 U.S.C. § 1446(d).

9.      Based upon the foregoing, this action is properly removed on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

WHEREFORE, Defendant Merchants & Medical Credit Corporation requests that this action proceed in the United States District Court for the Eastern District of New York.

# 4100039 v. 1

Dated:  New York, New York
        April 26, 2019

Respectfully Submitted,

/s/ Matthew B. Johnson
Matthew B. Johnson
**STRADLEY RONON STEVENS & YOUNG, LLP**
100 Park Avenue, Suite 2000
New York, New York 10017
Ph: 212. 404.0626
mjohnson@stradley.com

# 4100039  v. 1

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify April 26, 2019, a copy of the foregoing Notice of Removal was filed via the Court's ECF system and served upon the following parties via U.S. First Class Mail and the New York State Courts Electronic Filing System (NYSCEF):

     Clerk of Court
     New York State Supreme Court – Suffolk County
     1 Court St
     Riverhead, NY 11901

     Mitchell L. Pashkin
     775 Park Avenue, Ste. 255
     Huntington, NY 11743
     *Attorney for Plaintiff*

                                   */s/ Matthew B. Johnson*
                                   Matthew B. Johnson

# 4100039 v. 1